**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| **KEVIN DAVIS, on behalf of himself and all others similarly situated,**<br><br>                    **Plaintiff,**<br><br>          **-v-**<br><br>**BAREFOOT SCIENCES, INC.,**<br><br>                    **Defendant.** | **Civil Case Number: 1:21-cv-06057-AT** |

## [PROPOSED] DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' February 17, 2022 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-06057-AT**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS _____ day of February 2022.**

_____
HONORABLE ANALISA TORRES
UNITED STATES DISTRICT JUDGE