USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/17/2022__

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **KEVIN DAVIS**<br><br>Plaintiff,<br><br>-v-<br><br>**BAREFOOT SCIENCES, INC.,**<br><br>Defendant. | Civil Case Number: **1:21-cv-06057-AT** |

## DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' February 17, 2022 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:21-cv-06057-AT**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

SO ORDERED.

Dated: February 17, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge